**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAQUEZ DAVON BROWN, | : | Civil No. 1:25-CV-01999 |
| Plaintiff, | : | |
| v. | : | |
| CITY OF YORK, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**MEMORANDUM**

Before the court is the report and recommendation of Chief United States Magistrate Judge Daryl F. Bloom recommending that the complaint be dismissed. (Doc. 8.) Chief Judge Bloom recommends that Plaintiff's claims for malicious prosecution and false imprisonment be dismissed with prejudice because they are time barred by the two-year statute of limitations, but that Plaintiff's remaining claims be dismissed without prejudice. (*Id.*) Chief Judge Bloom also recommends that the court declines to exercise supplemental jurisdiction over Plaintiff's state law claim. (*Id.*) Plaintiff filed objections to the report and recommendation as well as a motion to amend the complaint. (Docs. 10, 13.) In his objections, Plaintiff provides citation to case law and reargues his complaint. (*Id.*)

When a party raises only general objections to a report and recommendation, a district court is not required to conduct a de novo review of the report and recommendation. *Goney v. Clark*, 749 F.2d 5, 6–7 (3d Cir. 1984). "To obtain de

novo determination of a magistrate's findings by a district court, 28 U.S.C. § 636(b)(1) requires both timely and specific objections to the report." *Id.* at 6. Thus, when reviewing general objections to a report and recommendation, the court's review is limited "to ascertaining whether there is 'clear error' or 'manifest injustice'" on the face of the record. *Boomer v. Lewis*, No. 3:06-CV-00850, 2009 WL 2900778, at *1 (M.D. Pa. Sept. 9, 2009).

The court has reviewed Chief Judge Bloom's report and recommendation and finds no clear error or manifest injustice on the face of the record. (Doc. 8.) The objections merely express disagreement with Chief Judge Bloom's analysis and reargues Plaintiff's case. Accordingly, the court will adopt the report and recommendation, overrule Plaintiff's objections, dismiss Plaintiff's complaint, and deny as moot Plaintiff's motion to amend. An order will follow.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: September 2, 2026