**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAQUEZ DAVON BROWN, | : | Civil No. 1:25-CV-01999 |
| Plaintiff, | : | |
| v. | : | |
| CITY OF YORK, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 2nd day of September, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 8, is **ADOPTED**.

2) Plaintiff's objections, Doc. 13, are **OVERRULED**.

3) Plaintiff's complaint is **DISMISSED**. Specifically, Plaintiff's claims for malicious prosecution and false imprisonment are **DISMISSED WITH PREJUDICE**, Plaintiff's remaining federal claims are **DISMISSED WITHOUT PREJUDICE**, and the court declines to exercise supplemental jurisdiction over Plaintiff's state law claim. Plaintiff may file an amended complaint by **September 22, 2026**, in accordance with the report and recommendation, Doc. 8. If Plaintiff fails to file an amended complaint, the Clerk of Court shall close this case.

4) Plaintiff's motion to amend his complaint, Doc. 10, is **DENIED AS MOOT**.

5) This matter is referred back to Judge Bloom for further pretrial management.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania